**Appeal Dismissed and Memorandum Opinion filed August 23, 2016.**



In The

## Fourteenth Court of Appeals

___

### NO. 14-16-00437-CV

___

### JUAN ROMERO, Appellant

### V.

### THOMAS J. BARKEI, Appellee

___

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1077092**

___

### M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed May 24, 2016, consolidating the underlying case (cause number 1077092) with a closed case (cause number 1061296).[1]  Generally, appeals may be taken only from final judgments. *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The

___

[1] Appellant previously filed an appeal of the judgment in cause number 1061296, which we dismissed for his failure to file a brief. *See Romero v. Stressfree Property Solutions*, No. 14-15-00436-CV, 2016 WL 1389293 (Tex. App.—Houston [14th Dist.] April 7, 2016, no pet.) (per curiam) (mem. op.).

notice of appeal does not identify a statutory exception allowing an interlocutory appeal from an order of consolidation, and we are not aware of any such exception.

On July 25, 2016, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant filed no response.

Accordingly, the appeal is **DISMISSED**.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Wise.